IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **WILLIAM EARNEST BARRAON, JR.,**  *Plaintiff,*  v.  **Correctional Officer MARSH,** *et al.*,  *Defendants.* | **CIVIL ACTION NO. 5:20-cv-00095-TES-CHW** |

## ORDER ADOPTING THE UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Neither party filed an objection to the United States Magistrate Judge's Report and Recommendation [Doc. 18], and the time period prescribed by 28 U.S.C. § 636(b)(1) has expired. *See* 28 U.S.C. § 636(b)(1)(C) *in connection with* Fed. R. Civ. P. 6(d). Having reviewed the Recommendation for clear error, the Court **ADOPTS** it and **MAKES IT THE ORDER OF THE COURT**. Accordingly, Defendant's Motion for Summary Judgment [Doc. 31] is **GRANTED**. As such, Plaintiff's Motion to Appoint Counsel [Doc. 34] is **TERMINATED as moot**. The Clerk of Court is **DIRECTED** to enter **JUDGMENT** accordingly.

**SO ORDERED**, this 7th day of January, 2022.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**