IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| WILLIAM EARNEST BARRON, JR , | * |
| Plaintiff, | * |
| v. | Case No.  5:20-cv-00095-TES-CHW |
| | * |
| CORRECTIONAL OFFICER MARSH et al., | |
| | * |
| Defendants. | |
| | * |

## J U D G M E N T

Pursuant to this Court's Order dated January 7, 2022, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 10th day of January, 2022.

David W. Bunt, Clerk

s/ Heather Willis, Deputy Clerk